U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 5 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| OCEANS HEALTHCARE, L.L.C. | DOCKET NO. 14-2380 |
| VS. | JUDGE TRIMBLE |
| WINDSTREAM COMMUNICATIONS, INC. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the defendant tender to the plaintiff an amount totaling $2,062.50 within fourteen (14) days after this judgment becomes final.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 25th day of June, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE